**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––

**No. 25-1370**

––––––––––––

In re:  MICHAEL-DAVID FLEMING,

Petitioner.

––––––––––––

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Greenbelt.  (8:24-cv-00463-LKG)

––––––––––––

Submitted:  June 17, 2025                    Decided:  June 20, 2025

––––––––––––

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

––––––––––––

Petition denied by unpublished per curiam opinion.

––––––––––––

Michael-David Fleming, Petitioner Pro Se.

––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael-David Fleming petitions for a writ of mandamus seeking an order vacating the district court's order granting Defendant's motion to dismiss Fleming's civil complaint. Fleming further requests reassignment to a different district court judge. We conclude that Fleming is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted). Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Fleming is not available by way of mandamus, as Fleming essentially seeks to appeal the district court's order dismissing his case. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2